UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY ROBERTS,
    Plaintiff,

vs.                                             Case No.:  3:22cv25307/LAC/ZCB

MEDICAL PROVIDER FOR THE
WALTON COUNTY JAIL, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 4, 2023.  (Doc. 4).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. This action be **DISMISSED without prejudice**, under 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he commenced this case.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 14th day of February, 2023.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**